IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROY EARL BROWN
    PLAINTIFF.,

VS.                                                                                  CIVIL ACTION NO.4:20-cv-04078

BRYAN COLLIER,et al.,
    DEFENDANTS

ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION &
A TEMPORARY RESTRINING ORDER
_____

    Upon the complaint,the supporting affidavits of plaintiffs,and the memorandum of law submitted herewith,it is:
    Ordered that defendants:EXECUTIVE DIRECTOR:Bryan Collier,Senior Warden:Micheal P.Britt,Asst.Warden:Ralston D.Marshall,Asst.Warden:Cody R.Schur,Major:Samuel Adams,Major:Micheal L.Pressner,Unit Classification:R.Walters/J.Chatman/C.Dickens,Unit Safe Prison/Prea:Sgt:Baird,STG:Security Threat Group:E.Rodriguez and Unit O.I.G:J.Butler and Unit:Grievance Coordinators:Tanya E. Peacock and Rachel H.Smalling.Here where iam housed and presently incarcerated at the Berry Telford Unit,at 38899 State Hwy.98,New Boston,Texas 75570. IN 12bldg.G/5 and level 5 Close Custody and Medically assigned for health and safety reason's.To show cause in room_____of the United States Courthouse,at the Southern District of Texas,(Houston Divsion),at P.O.Box 61010,Houston,Texas 77208.on the_____day of_____,20___,at_____ o'clock,why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants,thier successors in office,agents and employees and all other persons acting in concert and participation with them,from:
    1.Violating Security Protocols and my Rights by discussing the Classified documents of all the "OPI'S"(Offender Protection Investigation) claims i have filed since being incarcerated in (TDCJ) with unit ranking official's, unit regular correctional officers,other unit personal and unit gangmembers like they have done and been doing since May 20th,2021;
    2.Using these classified documents to subject me to harassment,retaliation,deliberate indifferent standards,cruel and unusual punishment,libel, slander and defamation of character like they have been doing since May 20th, 2021;
    3.Using these classified documents to label me to all unit gangmembers,unit officers,unit rank and unit administration as a "Catch out" and "Snitch" like they have been doing and done since May 20th,2021.placing my Life and safety Endanger;
    4.Destroying and keeping all my "OPI'S) from being copied by me and sent to the United States Magristrate Judge:Gray H. Miller who have been assigned to Civil Action Docket No.4:20-cv-04078,in the U.S.District Court for the Southern District of Texas,(Houston Division);
    5.Violating my Rights by using the number of "OPI) claims i have filed in the past from keeping me from filing one in the present and future like they are doing in Step 1 and step 2 currently filed Grievance NO.#2021116890;
    6.keeping me from being placed in a Federal Witness Protection Program,a interstate transfer to Phoenix,AZ.,placed in Ad-Seg (administration segregation),"PC'("Protective Custody") or shipped to another unit like i believe this unit and State Classification Committee is doing;

CC-FILED:
                                          1.

7. Conspring with the units Gangs,G.I.'S,Safe Prison/PREA,Unit and State Classification Committee and Unit O.I.G. to have me hurt or killed;

8. Violating my Medical,Huntsville related and implemented Heat,Health and Safety Restrictions and have me moved off 12bldg.to 8bldg.like Unit gangmembers is trying to force them to do to have me hurt or killed,and;

9. Having my mail illegally Censorshipped by the Unit officers,Ranking Official's and the Unit mailroom employees and from being mailed out and returned to me.

IT Is Further Ordered that the effective immediately,and pending the hearing and determination of this order to show cause,the defendants:Executuve Dir.Mr.Bryan Collier,Senior Warden:Micheal P.Britt,Asst.Warden:Ralston D. Marshall,Asst.Warden:Cody R.Schur,Major:Samuel ADAMS,Major:Micheal L.Pressner,Unit Classification:R.WALTER/J.Chatman/C.Dickens,Unit Safe Prison/PREA: Sgt.Jenny L.Baird,STG:("Security Threat Group"):E.Rodriguez,Unit O.I.G.:J.Butler and Unit Grievance Coordinators:Tanya E.Peacock and Rachel H.SMALLING. Here where i am currently incarcerated and being housed at the Berry Telford Unit,at 3899 State Hwy.98.,New BOSTON,Texas 75570.In 12bldg.G5/level 5-Close Custody and Medically assigned for health and safefty reason's.And each of other officers,agents,employees/employers,and all persons acting in concert or participation with them,are restrained from;

1. Allowing my "OPI" ("Offender Protection Investigation") claims from being accessed by any/all Unit officers,administrative,Ranking,Medical and Unit Gang officials except Senior Warden:Micheal P.Britt who i want to do a full investigation off into the 12bldg.Breaching of the Security Protocols of these highly Classified legal documents by staff and ranking official's to unit gangmembers;

2. Discussing any and all related details of these "OPI" claims with anyone else after the conducting of this immediately investigation conclusion's;

3. Keeping me from filing a "OPI" claim related to this pending breach of Classified Documents and INformation in this cause and "TRO".See:Admin.Grievance No.#2021116890;

4. Subjecting me to Delberate Indifferent Standards,Harassment,Retaliation,Cruel and unusual Punishment,Libel,Slander and Defamation of Character. By using these"OPI"claims to help the units gangs and officials from labeling me a "Catch out" and"Snitch",which have placed me in immediate Danger;

5. Violating my Heat,Health and Safety Restrictions and sending me to 8bldg.where Unit Gangs have a contract hit placed on my life;and

6. Discussing any parts of the "OPI" claims i filed from December 2019 until Febuary 18,2020 for they are a part of Civil Action Docket No.4:20-cv-04078 and The Supplemental claim iam filing as a result of this breach of security and Violation of my Constitutional Rights;and

7. Keeping me from being placed in a Federal Witness Protection Program, seeking a Interstate transfer to Phoenix,Az.,placed in AD-SEG"Administration Segragation or "PC"("Protective Custody) for the health and safety risk this or these on-going threats from Gangmembers impose on my life.

IT IS FURTHER ORDERED that the order to show cause,and all other papers attached to this application,be served on the aforesaid Plaintiff by date_____of_____,2021

Signed on this_____day of_____,2021.

S/_____
Presiding Judge